UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CLAUDIO ORTEGA CAMEJO and all others similarly situated under 29 U.S.C. 216(B), | ) Case No.: 14-22485-CV-JAL |
| Plaintiff, | ) |
| vs. | ) |
| VAPOR PASSION CORP., YASANIA BRAVO, CARLOS LLAMOS, | ) |
| Defendants. | ) |

**STATEMENT OF CLAIM**

Period Claimed: 25 Weeks 11/22/13-5/21/14
Time and a half rate owed: $15.00
Overtime hours per week: 8
Damages including liquidated damages: $3,000.00 X 2 = $6,000.00

Plaintiff also intends to seek damages pursuant to count II (retaliation) and count III (defamation) as well as attorney's fees and costs.

Respectfully submitted,

David Markel, Esq.
The Markel Law Firm
Attorney for Plaintiff
3191 Grand Avenue #1531
Miami, Florida 33133
Tel: (305) 458-1282
Fax: 1-(800) 407-1718
Email: David.Markel@markel-law.com

By:__/s/ David Markel_____
David Markel, Esq.
Florida Bar Number: 78306

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was filed and served via CM/ECF on this 31st day of July, 2014:

Defendants have not yet appeared.

By:/s/David Markel
David Markel, Esq.
Florida Bar No. 78306